UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

15CV 6097

Ludovic DAverNe

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Ludovic DAverNe (SENIOR)
Human Resources Adm. Local offices 39 & 37
Dept. of Homeless Services (D.H.S)
Dept. of Corrections
Odyssey House residential facility
Osbourne Association
Supreme Criminal Court Part: 82 N.Y.C.
Richard MA
Dept. of Probation
Daytop Village "see attached"

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

# COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
AUG - 3 2015
PRO SE OFFICE

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Ludovic DAverNe
ID # 310·15·00434
Current Institution Otis BANtum CorrectioNAl Facility
Address 1600 HAZEN Street
EAST Elmhurst, New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Ludovic DAverNe (Senior) Shield # N/A
Where Currently Employed N/A
Address 130-12 Francis Lewis Blvd
Laurelton, New York 11413

Forbell Men Shelter

Project Renewal Men Shelter

B.R.C Men Shelter

Office of Temporarily Assistance & Disability Services

Camba Men Shelter

Interfaith Medical Center

Defendant No. 6 Osbourne Association
Director / Susan Cottesfeld
175 Remsen Street
Brooklyn, New York 11201
Names: "Andrea G. "Director" Court Advocates Dept. 8th FLR
Alex Barsky

Defendant No. 7 Mr. Judge Solomon
Supreme Criminal Court - Part 82
100 Centre Street, New York 10013

Defendant No. 8. Dept. of Probation
Manhattan Branch
100 Centre Street
New York, N.Y. 10013

Defendant No. 9 Dept. of Corrections
① Manhattan Detention Complex
125 White Street
New York, N.Y. 10013
② Otis Bantum Corr. Facility
1600 Hazen Street
East Elmhurst, N.Y. 11370

Defendant No. 10 Forbell Men Shelter
Director Jospeh "Doe"
338 Forbell Street
Brooklyn, New York 11208

Defendant No. 11. Project Renewal Men Shelter
8 East 3rd street
New York, N.Y.

Defendant No. 12. B. R. C Men shelter / 127 West
25th street between 6 & 7th Ave.
New York, N.Y. 10001

Defendant No. 13 Office of Temporarily Assistance & Disability Services
14 Boerum Place
Brooklyn, N.Y. 11201

Defendant No. 14 Daytop Village Swanlake Facility (Monticello County)
Director Allan Benjamin from 8 or 9/2004 – 5/2005
316 Beach 65th Street
Far Rockaway, N.Y. 11692

Defendant No 15 Camba Men Shelter
Supervisor Mr. Perez
2404 Atlantic Avenue
Brooklyn, N.Y. 11233

Defendant No 16 Interfaith Medical Center
Located right off / or on Albany Avenue
& Atlantic Avenue. 1545 Atlantic Ave.
Brooklyn N.Y. 11213
Psychiatric M.D. "John Doe"

Defendant No. 2 Name H.R.A Local office 39 & 37 Shield # N/A
Where Currently Employed 11th flr
Address 109 East 16 Street / Honeywell
New York, N.Y. Long Island City New York

Defendant No. 3 Name D.H.S Dept. of Homeless Services Shield # N/A
Where Currently Employed 30th street Intake (Men
Address 400-430 East 30th street 1st Ave.
New York New York 10016

Defendant No. 4 Name Odyssey House Shield # N/A
Where Currently Employed Jeremy King / Directer
Address 219 East 121 street New York, N.Y. 10013 &
Mabon Bldg #13 on Wards Island

Defendant No. 5 Name Richard MA Shield # N/A
Where Currently Employed Criminal attorney since 7 or 8/2012
Address 315 Broadway Suite 200
New York, N.Y. 10007

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
"see attached"

B. Where in the institution did the events giving rise to your claim(s) occur?
" "

C. What date and approximate time did the events giving rise to your claim(s) occur?
" "

D. Facts: I've been neglected & abandoned at a very young age, and was practically forced to take up grown responsibilities at a very young age. No matter what I did that was positive to keep the family together with love, trust, and understanding... just wasn't good enough. I dealt with my mother's depression & financial issues all because my father "walked out" on all of us in 1984 when I was 8 years old. That tramatic event have always haunted me because my mother called me out from my room crying, "Please go after your father, he's leaving" and me being young -n- highly concerned I never saw my mother acting out so hysterical like that so I went after my father. trying to speak with him but before he left, his last words to me was, "Get away from me, your Not my son anymore!! Ever since then, I always had to fend for myself & my whole family.. my mother was a housewife, so when he left us we was left in his home with no means or source of income. This went on for years until my mother's depression affected me too much to concentrate in school once I got in my early teen years 14/15 I felt the great need to improve my living situation & that's when I got myself involved into drug dealing.. only to survive however I always been a kind-hearted / good person...

Doris Daverne (my mother) Christina Daverne (sister)

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Through-out the years of rejection, neglect, [illegible] and abandonment, constant cruelty & harsh punishment.. In February 2015 I've been diagnosied for Depression / Anxiety Disorder & permanent lower back pain which I need physical therapy, and for both medical issues I take prescribed medication..."also I need [illegible] mental health therapy

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I just want to be totally released from Supreme - Criminal Court proceedings Part 82 with No probation on my back. I just want to have enough money to leave New York City & get married to my fiance Nicole Fleming & live a peaceful happy quiet life. I want to have a family on my own & make sure they are well off, and Not allow my wife to go through any mental, emotional, financial or any type of hardships my mother went through when my father left her and I don't want any of my kids to go through what I been through behind a father's neglect -n- abandonment. I suffered for many years (my wife as well) I finally met the woman I love dearly and I want us to build a nice home and never look back. I'm tired of being around people much worse in character-n-standards than me, I'm tired of trouble and being sent to places that destroys my true value. I'm tired of being in poverty being forced to do things that isn't right... I seek 30 million in compensation especially because of greed & corruption by facilities who doesn't care just to use me as a means of profit! "see attached"

## VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

Relief:

Also the basis for such amount is to invest in real estate (property) I would like to help & assist people out of the shelter system

Launch my clothing line .. L. Daverne classics

Open up a few restaurants

Launch my own independant record label

I would like to grant the opportunity of gainful employment to many of my African. American brothers & sisters whos in poverty

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff N/A

Defendants N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket or Index number N/A

4. Name of Judge assigned to your case N/A

5. Approximate date of filing lawsuit N/A

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition N/A

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff N/A

Defendants N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket or Index number N/A

4. Name of Judge assigned to your case N/A

5. Approximate date of filing lawsuit N/A

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition N/A

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15th day of June, 2015.

Signature of Plaintiff [signature]

Inmate Number 310·15·00434

Institution Address Otis Bantum Corr. Facility
1600 Hazen Street
East Elmhurst, N.Y. 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15th day of June, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

Ludovic Daverne
B&C #310-15-00434
O.B.C.C
1600 Hazen Street
East Elmhurst, N.Y. 11370
June 20, 2015

Along with this claim "overall" I want to emphasize

1. Many of constitutional rights has been violated
A. Bad representation
B. Been treated unfairly (most all my life)
C. Never got a chance to redeem myself
D. Had documentations to prove any missed appointments
E. Always the victim of harsh punishment & inhumane cruelty
F. Treatment has affected me mentally, emotionally, socially, financially, physically & spiritually

I have always strived to be positive & do what is right but I always been the person smitten, afflicted and stricken by so much cruelty, grief, sorrows & the victim of corruption.

Statement of Claim

"Breakdown of Suit"

① Born December 15, 1976
In Queens General Hospital
Mother's Maiden name: Doris May → Panamanian
Father: Ludovic Daverne → Haitian
Younger sister: Christina Lynn Daverne
Home address was: 130-12 Francis Lewis Blvd
Laurelton, New York 11413

② Witnessed my father walked out on us 1?
in 1984 when I was 8 years old; destroyed
the unity and bond of the family; Mother fell
into a deep depression, desperate for my father
to return home, besides dealing with my mother's
emotional & mental depression, I was abandoned,
rejected, and neglected... became the caretaker
of the family

③ Went to Christ Lutheran School
in Rosedale from K - 8th grade
graduated & was accepted to Thomas Edison High School
in Jamaica Queens

④ Dropped out / transfered to Andrew Jackson High School
could not concentrate in school overwhelmed by financial
difficulties with personal needs and mother's needs
Father came by once a month but ever since seperation
did not show any support financially... only paid gas bill,
water bill, and mortgage.

(5) Mother was forced to pay phone bill, light bill, and any other in house bill for me, her, & my sister. She did not have a job so she was financially burdened & pressured because she always relied on my father and he basically failed her. He would give her $120 a month to take care of me, my sister, & her self. so growing up. I basically had nothing.

(6) Father's religion use to be Christian but ever since his blantant seperation from my mother... His practice in religion was "Voodoo". I guess to use that practice (and whomever else involved to assist him) to keep the family down and not allow me to never get ahead in life.

(7) Mother got herself in "witchcraft" practices thinking it would bring my father back home to her... did not work.

(8) 1992 started hanging out in the streets

(9) 1993 arrested for joy riding in stolen car friend came to my house and pick me up / sentence to 5 years probation

(10) April 1994 arrested for observation sell of narcotics codefendant Serdo C. was arrested with me... I never sold anything codefendant did... he told on me & was released

↓ ↓ ↓ ↓

(11) Sent to C-74 on Rikers Island → housing area Mod 2 → very tramactic experiences back then Was bullied by the dudes who controlled the housing unit: had to fight for commissary, sneakers, from being robbed however was oppressed with scrubbrushes + razors
" " "

Transfered to Mod 4 - Lower than Mod 10 upper ..
was cut in my face while sleeping ... lucky thing
my face was covered with hoodie so razor did not
penetrate deep into skin to receive stiches like
most guys I saw cut up badly.

(12) Sentence to 1-3 ~~[illegible]~~ seperately which was
2-6 years in jail 10 or 11/1994
1-3 for violation probation
1-3 for drug offense.

(13) 12/1994 Went Upstate to Ulster county
(14) 1/1995 Enrolled & particapated in Shock program
Moriah facility

(15) 7/1995 Released to home address 130-12 Francis Lewis Blvd Laurelton N.Y. 11413

mother → Doris Daverne was my primary caretaker ... she always try to do the best she can do but it was too late because I already acquired the skill to take care of myself by selling drugs.

(16) 9/1996 parole violations
1997
1998 did 90 days Willard D.T.C
1999 did High Impact
9/1999 Maxed out/C.R to Nov. 2000 released

(17) Released from Riverview Correctional Facility (Nov. 2000)

(18) Came home to mother sister & other family members .. 130-12 Francis Lewis Blvd
Niece Shequana Smith   older sister: Emily Smith
Nephew Selworth Smith   Different father

(19) Burdened of being the caretaker of my family once again..

(A) younger sister → Christina Daverne was physically abused by her baby father Monty

(B) mother kept allowing him to come to the house

(C) nephew → Selworth Smith became gang affiliated tried to help him but he disrespected me & everybody else

(D) His mother - Emily Smith - Ray dumped her problems on top of my mother overwhelming my mother with more issues

(20) Family made me the blame of all the problems they got themselves into, all I tried to do was help

(21) September 2001 → Samantha Johnson's mother filed charges against me for statutory rape because her daughter lied & told her I was abusing her but that was a lie.

Selworth Smith brought the girl to the house & she took a liken to me so me being who I am.. I took care of her & treated her right.. but everybody was jealous.

(22) September 2002 → The whole family turned there back on me, left me in poverty

same year arrested → pleaded guilty to 1 year

(23) Did 8 months in C-76 transfered to V.C.B.C to work: released May 2003

(24) Went back home everybody was gone

(25) Father filed an order of protection on me, after all these years, just to degrade me even more & I become homeless.

(26) July 2003 → went to D.H.S. 30th street Intake
HA# 771622 400-430 East. New York, N.Y. 10016
Honestly... compared to the environment I came from seeing the conditions and the type of people I was being exposed to and live around was very humiliating, torteous, degrading and very depressing → mentally, emotionally and spiritually... so I left.

(27) Went back to my neighborhood, looked out for alot of people did not get no love or help so went back to the house through the window...

(28) June or July 2004, arrested from the house 130-12 Francis Lewis Blvd. Laurelton, N.Y. 11413; charged with a [illegible] burgulary in the 1st degree... cuple months later burgulary dropped.. charged with criminal contempt.
Took plea agreement → to fulfill drug treatment program was released to Daytop residential facility.
Intake: 316 Beach 65th street
Far Rockaway N.Y. 11692
" transfered to upstate facility
Daytop Village Swanlake facility (Monticello County)
Director: Allen Benjamin from 8 or 9/2004 - 5/2005
" " "
" " "

(29) Open up H.R.A case at local office 39
109 East 16 street → 8th flr
New York, N.Y. deal with all Residential programs

(30) While in Daytop... alot of corruption, staff showing favortism to clients who was relapsing & breaking cardinal rules, was allowing them to complete early.. while I was striving to do what is right, kept me up there to deal with the madness that was going on, especially after I acquired my G.E.D. → too much mental -n- emotional stress: I left!!! April 2005

(31) Went to my neighborhood → father let me stay in the house (after all his damage) but warrant was issued for my arrest.

(32) Sept. 2006 → sentenced to 2-4 years in jail
Did 2 years in Ogdensburg Corr. Facility...
released May 2008 to Long Island, Nassau County

(33) July 2008 → arrested for drug sale & possession for striving to survive & live!! In Nassau County jail → sentenced to 2 years & 3 years post
Did 16 months / made merit board at Franklin Corr. Facility
released Dec. 2009

(34) Reporting to Parole at 31 street then transfered to 40th street Parole Office.

(35) Did 45 days in Edgecombe facility than sent to Palladia Parole/probation facility in 100 East on 2nd Ave.
New York, N.Y.

From 2010 - May 2012

under HA # 771622

(36) Mandated to [illegible] Bellevue Men Shelter
400 - 430 East 30th street 1st Ave
↓ transfered to
3/quarter house in Brooklyn
on Madison street Troop Ave
Bed bug problem → left
went back to Bellevue

(37) Sent to Bedford and Alantic Ave
Shelter in Brooklyn, the "castle"
transfered to
(1) KINGSBORO STAR MEN Shelter in
CLARKSON - N - ALBANY AVE
DIRECTER "JANE DOE" CORRUPT EVIL - HEARTED
AND DRUG - ADDICT
(2) Forbell Men Shelter
338 Forbell Street New York
Brooklyn 11208
↓ ↓
CASE MANAGER GAVE ME residency letter
to take to H.R.A office local 37
Honeywell Long Island City
"corrupt" / complied
↓ ↓ ↓ ↓
(3) Project Renewal transfered Kenton Hall
8 East 3rd street → to
New York N.Y. around the corner
"corrupt" / complied
↓ ↓ ↓ ↓

(38) May 2012 Drug sale off controlled substance because
of Negligence of D.H.S shelter workers who all corrupt

([illegible])

(39) Case sent to 100 Centre Street, New York
N.Y. 10013. Judge Solomon
Part: 82 Indictment # 2252-12

(40) Assigned legal-aid lawyer was fired due to be bias, discriminative, and not working for my favor.
filed reassignment of counsel...

(41) 18 B Defense Attorney: Richard Ma assigned to my case months later. 315 Broadway Suite 200
New York, N.Y.

(42) Housed at G.R.V.C on Rikers Island.
"The Beacon"
Mother was really sick needed help, so I wanted to help here assist her with medical housing & depressing issues

(43) Mandated to Odyssey House on
219 East 121 Street
New York, N.Y. 10013 transfered to Mabon Bldg #13 on Wards Island
Released Dec. 20 2012

(44) 3-16-2014 Discharged out of program for self-defense violation client jumped on me & got hurt during the process was blamed after being in program for 15 months
Mr. Flemore (fired) for stealing copper from sight pre-orchestrated new client to start fight with me, client was a younger member in program who was suppose to attend groups, but got involved with corrupted maintenance employee Mr. Flemore & set me up for discharge.

(45) Reported to court very next day... 3.17.2014
with attorney Richard MA at
100 Centre Street, New York, N.Y. 10013
PART 82 Judge Solomon

(46) Went to H.R.A. office local (39)
on 3.18.2014 (109 East 16th street
New York N.Y.
with discharge letter 11th. Flr
Did not receive benefits for residential
participation in Odyssey House
H.R.A case # 518 39 79 D

(47) H.R.A local 39 closed case
From April 2014 - October 2014
after filing for Fair Hearing
because of corruption & not
paying attention to court. follow up
letters.

(48) Reported to court every month at
100 Centre Street
New York, N.Y. 10013
Part 82 Judge Solomon.

(49) Forced to go into shelter system
with court conditions to stay out
of trouble & not be involved in any
criminal activity, violence, or drug usage

(50) However in Forbell Men shelter (once again
538 Forbell Street
Brooklyn, N.Y. 11208

All. staff is corrupt.. 8-2014 - 3.2.2015
Alot of violence & drug usage
especially K-2 crack & dope
staff accommadated the " blood
gang members to oppress &
beat on many of the clients
Mr. Martinez
Hector Pacheco } Corrupt!!
↓ ↓
Took me to get birth certificate
to complete housing packet &
violated and kept all documents

(51) January 2015 / Enrolled in Osbourne Association
in 175 Remsen Street
Brooklyn N.Y. 11201
In the Parenthood program 6th flr (African American staff ↑ Ben)
Had too many ssues to follow-thru

(52) February 2015 / Diagnosed for Depression / Anxiety
& lower back pain
due to all these uncivil, unconstitutional
treatment & numerous of violations
↓ ↓
Dr. JoAnne made diagnosis prescribed
medications
at 350 Fulton Street
Brooklyn, N.Y. 11201

(53) Richard Ma made a program I attended 3/2015
on my own as a mandatone to Osbourne
Association to 8th flr ⟶

Court Advocates → Alex Barsky
. Director Andrea G.
is phony & corrupt after telling them
all of my issues / & only intesifying
my medical conditions especially my depression
8th Flr is ~~all~~ mainly white staff
6th flr — segregated from 8th flr
blacks white staff

(54) Sent to B.R.C
127 25th street 3/2/2015
New York, N.Y 10001

(55) April 18 or 19th 2015
Transfered to Camba Men Shelter
located at 2404 Alantic Ave
Brooklyn, N.Y. 11233
After B.R.C staff stole
personal property & medications from
me. filed police report at 13th ~~[illegible]~~ precinct
located at 230 East 21st street

(56) April 30th went to file a complaint to
Dept of Investigations at
80 Maiden Lane
New York, N.Y 10038
regarding ~~[illegible]~~ corruption under my name & info
only as a use of profit to each
~~[illegible]~~ agency that has it
keeping me in depression & poverty

(57) Susan Gottesfeld Director of Osbourne Association
175 Remsen Street
Brooklyn, N.Y. 11201
wrote letter to judge / after calling
police on me for NOTHING
mental cruelty, & pure vindictiveness
& being very evil, racial profiling
& very discriminative

(58) Camba Men Shelter
Mr. Supervisor Pérez & Case Manager
Ghanie Rush → corrupt
Supervisor Perez has a real problem 9 A.M. - 4 p.m
of being truthful / likes to play
alot of head games, very manipulative
plays on people medical conditions

(59) Inter Faith Medical Center (4.19.2015)
1545 Alantic Ave.
Dr. "John Doe" 8 A.M. - 9 p.m
swift prescribed "Risperdal" medication
to me which is medical
mal pratice for patient who suffer from depression

(60) 5.11.2015 → Warrant police arrested me
at Camba Men Facility
6:00 A.M.
Reason for warrant is because of Probation violation
which is false information, was never sentenced
to Probation, so how is it a violation?

Ludovic Daverne Jr.
B&C # 310.15.00434
Manhattan Detention Complex
125 White Street
New York, N.Y. 10013
Date: 5.22.2015

President of the United States
Mr. Barack Obama
Executive Office of the President
White House 1600
Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Mr. Barack Obama:

I never thought I would find myself writing to the President of the United States regarding so many uncivil, discriminative, and unconstitutional matters, I am constantly being oppressed to face and accept.

Therefore, I have granted myself the opportunity to reach out to a man I sincerely respect, trust in good faith of judgement to overseer, and follow-up on a personal claim I have already submitted to the New York City Comptroller, Mr. Scott M. Stringer.

Presently, I must be honest to express to you the lack of trust I have for most New York City and New York State agencies I have always sought out to assist me to better the

quality of my life; wither it was through rehabilitative drug treatment services, public assistance services (H.R.A), and housing (D.H.S). I have constantly strived, have always put forth great efforts to comply & do what is right, and make the necessary changes I need to get me where I need to be for a better future.

Unfortunately, because of greed.., I strongly believe corruption has seeped into all these agencies that has paralyzed the growth of my positive development for years, and it needs to stop, because now my mental and physical health is affected by such unlawful & selfish acts.

Moreover, I am sick & tired of my name & personal information is only being used as a means or source of profit to all New York City & State agencies or facilities that has it. They say, "a fair exchange is not a robbery," however, if there is no fair exchange of my compliance for services, than there is a robbery, because most of my needs is not being met. The only thing I see the "system" design for me to do is fail, and its very sickening to my mind, body and soul.

In any event, I seek relief of such crucial continued treatment, and I sincerely hope you will investigate & put an end to these matters of mines, because I need a peace of mind & need to get going & moving forward in my life. I trust no one else but you, Mr. Barack Obama, so please do your very best to help me because I am a prime example of unlawful, uncivil & unconstitutional victim of treatment & circumstances.

I thank you for your time & patience, and I hope to receive good faith & judgement on said matters as deemed appropriate for my life. I have struggled to survive all my life

now its time for me to start living. Once again, thank you & I hope to hear from you soon. Thank You.

Sincerely & Respectful

[signature] Jr.

Ludovic Daverne
Jr.

Additional Information:

Upon my release hopefully
5.26.2015

Feel free to contact me at:

52 Mother Gaston Blvd. Apt # 2
Brooklyn, N.Y. 11233
phone # 347-314-4915 or
to Camba Homeless Services
located Atlantic Ave, Brooklyn
N.Y.

Supervisor Mr Perez / Case manager &
phone # (718) 385-8713 employement specialist
Ghani Rush

Porter Spencer
12976 646

**NYSID No:** 07471714K **B&C No:** 3101500434

**DAVERNE, LUDOVIC**
52 MOTHERGASTOR BLV, 2, BLKY, NY 11233

**DOB:** 12/15/1976 **Age:** 38 Y **Sex:** male

**Primary Insurance:**
**PCP:**

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies :** N.K.D.A

**Medical History**

**Active Problem List**

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|
| RI50 | SMI - NO | | | 05/11/2015 | 06/04/2015 | Richard, Marie |
| 110.4 | Tinea pedis | | | | 03/28/2011 | Flores-Clemente, Bessie |
| 700 | Callus | | | | 03/28/2011 | Flores-Clemente, Bessie |
| 296.00 | Depressive disorder NOS | | | | 06/04/2015 | Richard, Marie |
| 460 | URI [Upper respiratory infection] | | | | 11/02/2011 | Keene, DOyen |
| E958.9 | INJURY-NOS | | | | 05/13/2015 | Hill, Cynthia |
| E988.5 | Injury by crashing of motor vehicle, undetermined whether accidentally or purposely inflicted | | no claims of injury | | 08/07/2012 | Montilus, Rommel |
| 525.9 | DENTAL DISORDER NOS | | | | 10/20/2012 | Mallavarapu, Raja |
| 521.03 | Dental caries extending into pulp | | | | 10/26/2012 | Parham, Bruce (Provider) |
| V70.0 | ROUTINE MEDICAL EXAM | | | 05/11/2015 | 05/24/2015 | Moro, Linda |
| 724.5 | Low Back Pain | | | 05/11/2015 | 06/04/2015 | Richard, Marie |
| 301.7 | Antisocial personality disorder | | | 05/11/2015 | 06/04/2015 | Richard, Marie |
| 296.90 | Mood disorder NOS | | | 05/24/2015 | 05/24/2015 | Moro, Linda |

**Medications**

| Name strength formulation, Sig: take route frequency |
|---|
| Trazodone HCl 100 mg Tablet, Sig: 200 mg Orally At Bedtime Start Date: 05/26/2015 |

**THE CITY OF NEW YORK**
DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Willianl de Blasio
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## *DISCHARGE PLANNING COMMUNITY REFERRAL*

***FIRST NAME:*** Ludovic ***LAST NAME:*** Davarne

***BOOK & CASE #:*** 3101500434 ***FACILITY:*** OBCC

***DATE OF BIRTH:*** 12/15/76 ***DATE OF DISCHARGE:*** Unknown

***YOU HAVE BEEN REFERRED TO THE FOLLOWING:***

***PROGRAM NAME: Woodhull Hospital***

***REFERRAL DATE:*** 5/28/15

***DATE OF APPOINTMENT:*** Upon Release ***TIME OF APPOINTMENT:*** *Need to Call*

***TELEPHONE NUMBER: 718-963-8000***

***ADDRESS: 760 Broadway Brooklyn, NY 11206***

***CONTACT PERSON:*** Intake

---

***I HAVE RECEIVED A COPY OF THE INFORMATION FOR THE PROGRAM I AM BEING REFERRED TO.***

X ______________________ X 5·28·15
***SIGNATURE OF CLIENT*** ***DATE***

***REFERRED BY:***
***NAME:*** *Dawnann Rodriguez-McDowell, LMSW*
***TITLE :*** Discharge Planning Social Worker
***TELEPHONE NUMBER:*** 718-546-6543/347-774-7844

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptrolle
1 Centre Stree
New York, NY 1000

Form Version: NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized.* If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:** ☑ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Daverne [redacted]. |
| First Name: | Ludovic |
| Relationship to the claimant: | Self |

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | Daverne [redacted]. |
| *First Name: | Ludovic |
| Address: | Manhattan Detention Center |
| Address 2: | 125 White Street |
| City: | New York |
| State: | New York |
| Zip Code: | 10013 |
| Country: | United States |
| Date of Birth: | 12/15/1976 *Format: MM/DD/YYYY* |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | |
| Date of Death: | N/A *Format: MM/DD/YYYY* |
| Phone: | 347-314-4915 |
| Email Address: | N/A |
| Occupation: | |

City Employee? ○ Yes ☑ No ○ NA

Gender ☑ Male ○ Female ○ Other

*** Denotes required field(s).***

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroll
1 Centre Stre
New York, NY 100(

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 4.28.2015 | Format: MM/DD/YYYY |
| Time of Incident: | 10:00 A.M. | Format: HH:MM AM/PM |

*Location of Incident:

Office of Temporarily Assistance & Disability Services
14 Boerum Place
Brooklyn, N.Y. 11201

Address:
Address 2:
City:
State:
Borough:

***Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

4.27.2015 was my scheduled fair hearing appt., regarding the general inadequency of H.R.A local office Agencies (39) & (37). I could not attend scheduled fair hearing tha day due to a follow-up medical appt., so I came the very next day to re-schedule the fair hearing 4.28.2015, 10 A.M I was told that I was Banned from the Bldg. In any event, Overall, its been years of my constitutional rights (14 amendment due process) been violated, years of tramatic turmoil by D.H.S negligence of services, especially after being housing ready with provided documentations, constant mental cruelity, denied benefits, constant transfers to shelters that was not conducive to my mental or physical health, mental sick-n-suffering... continue on extra sheet.

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

15.5 million dollers: 10 years & more of inadequenc due process, negligence, mental aggravation, P.T.S.D post tramatic stress disorder, mental & emotional sick-n-suffe discontinued benefits, denied benefits, exposed to bed b stealing of property by clients & staff, surrounded by violence & heavy drug use by clients who smoke K-2 within the D.H.S system, avoidable arrests & convictions

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroll
1 Centre Stre
New York, NY 1000

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | Format: MM/DD/YYYY |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance? ◯Yes ◯No ◯NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | Jo Ann |
| First Name: | Dr. |
| Address: | 350 Fulton Street |
| Address 2: | |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11201 |

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

| | |
|---|---|
| Last Name: | Complaint Bureau |
| First Name: | Dept. of Investigation |
| Address | 80 MAIDEN LANE |
| Address 2: | Complaint #: 15-05332 |
| City: | New York |
| State: | New York |
| Zip Code: | 10038 |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**** Denotes required field(s).***

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptrolle
1 Centre Stree
New York, NY 1000

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**

○ Driver ○ Passenger
○ Pedestrian ○ Bicyclist
○ Motorcyclist ○ Other

***Total Amount Claimed:** 15.5 million

*Format: Do not include "$" or ",".*

5·23·15
Date

Signature of Claimant

State of New York
County of

I, Ludovic Daverne, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day May 23, 2015

Signature of Claimant

Signature of notary

NOTARY PUBLIC, STATE OF NEW YORK
Registration No. [illegible]
Qualified in [illegible] County
Commission Expires Feb 4, 2017

***Denotes required field(s).***

SUPREME COURT OF THE STATE
OF NEW YORK COUNTY OF New York

IN THE MATTER OF CLAIM OF

Ludovic DAVERNE

-against-

THE CITY OF New York

NOTICE OF CLAIM

TO: COMPTROLLER OF THE CITY OF New York

SIR:

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against the City of New York as follows:

1. The name and post office address of the claimant and of his attorney is:

Ludovic DAverne, No. 1600 HAZEN Street, E. Elmhurst, NY 11370

Richard MA, Esq., No. 315 Broadway Street, New York, NY 10001

The nature of the claim: Plaintiff was falsely arrested and Illegally imprisoned (case been active s May 2012 for 24 days; maliciously prosecuted and forced to be present in court 14 times over a period of 1 years even though the city of New York knew there was no merit to the continuance of the prosecution and that such prosecution was malicious and that the imprisonments were illegal.

The time when, the place where and the manner in which the claim arose: Claimant was arrested and imprisoned on or about 5 · 11, 2015, and confined in the following institutions M.D.C 125 White Street New York, N.Y. 10013 & O.B.C.C. 1600 Hazen Street East Elmhurst, New York 11370

The items of damage or injuries claimed are: False arrest and illegal imprisonment; loss of earnings; discrimination; racial profiling; emotional & mental distres violation of universal declaration of human rights (217 A (III) December 1948 Article 1-25 violation of constitutional rights; f (Amendment 1, 4, 5, 6, 8, 9, 14); violation of medical patients rights (mental & physical) & now putting my life in great danger by revoking my freedom & forced to be around highly violent gang members A Brad H. class member

That said claim and demand is hereby presented for adjustment and payment.

PLEASE TAKE FURTHER NOTICE that by reason of the premises, in default of the City of New York to pay the claimant the said sum of 5 million ($5,000,000) dollars within the time limited for statutes made and provided, claimant intends to commence an action against the city of New York to recover said sum of 5 million ($5,000,000) dollars with interests and costs.

Dated: June, 3 2015, New York

Respectfully yours,

[signature]

# VERIFICATION

State of New York)
County of New York)

Ludovic Daverne, the above named petitioner, being duly sworn, says that the contents of the foregoing petition are well known to him, and that the same is true to his own knowledge, except as to matters therein stated on information and belief, and to those matters he believes to be true.

Petitioner

Sworn to before me this 3rd
Day of June 2015

Notary Public

ERNEST O OMOROGBE
Notary Public- State of New York
No. 01OM6152449
Qualified In Nassau County
My Commission Expires September 11, 2018

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre St
New York, NY 10

Form Version: NYC-COMPT-BLA-PI

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized.* If claim is not resolved within *1 year and 90 days of the occurrence,* you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:** ☑ On behalf of myself.
○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | DAVERNE |
| First Name: | LUDOVIC |
| Relationship to the claimant: | SELF |

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorne**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | DAVERNE |
| *First Name: | LUDOVIC |
| Address: | OTIS BANTUM CORRECTIONAL FACILITY 1600 HAZEN ST. / EAST ELMHURST, N.Y. 11370 |
| Address 2: | 52 Mother Gaston Blvd. Apt # 2 |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11233 |
| Country: | United States |
| Date of Birth: | 12·15·1976 (Format: MM/DD/YYYY) |
| Soc. Sec. # | 058·72·4392 |
| HICN: (Medicare #) | N/A |
| Date of Death: | N/A (Format: MM/DD/YYYY) |
| Phone: | 347·314·4915 |
| Email Address: | N/A |
| Occupation: | N/A |

City Employee? ○ Yes ☑ No ○ NA

Gender ☑ Male ○ Female ○ Other

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre Str
New York, NY 100

## The time and place where the claim arose

| | | |
|---|---|---|
| *Date of Incident: | 6·11·2015 | Format: MM/DD/YYYY |
| Time of Incident: | 1:05 p.m. | Format: HH:MM AM/PM (PM circled) |

*Location of Incident: Dept. of Corrections Rikers Island / Main Clinic Area

| | |
|---|---|
| Address: | M.D.C 125 White Street New York, N.Y. 10013 |
| Address 2: | Otis Bantum Corr. Facility 1600 Hazen Street |
| City: | East Elmhurst |
| State: | New York |
| Borough: | Queens |

*Manner in which claim arose:

Attach extra sheet(s) if more room is needed.

Ever since my remand on 5·11·2015 & handed down in the care-custody of the dept. of corrections .. facility #1 Manhattan Detention Complex 125 White Street New York, N.Y. 10013 & now presently at Otis Bantum Corr. Facility 1600 Hazen Street, East Elmhurst, New York 11370 .. Many services that was suppose to be provided for me has [redacted] blantantly been denied to me, especially with medical. Many correctional officers has neglecte my needs & safety as well, triggering my mental, emotional, & physical back issues to progress for much worser ailments. I've been constantly treated very inhumane & verbally abused by officers for no apparent reasons only because I have inquired of many services that I am rightfully suppose to receive... such as social service, receiving clothes box assistance for under garments, medical & refilled medication on time to ensure stability in medical issues especially on a transfer.

The items of damage or injuries claimed are (include dollar amounts):

Attach extra sheet(s) if more room is needed.

3 million dollars ... For not being housed within 24 hrs. after being handed in D.O.C / MDC 125 White Street New York, N.Y. 10013 on 5·11·2015 especially with medical issues, constitutional abuse, excessive force by taking me to intake area leaving me in a dirty, hot cell with no water or toilet working with bugs crawling & flying all over the place for 5-6 hrs all because of an officer lying of me acting out. & Housed in the worses unit within the facility around violent gang members who get more accomadated in services & privilіges than anyone else, emotional & mental distress

*Denotes required field(s).

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre Str
New York, NY 10C

**Medical Information**

| | | |
|---|---|---|
| 1st Treatment Date: | N/A | Format: MM/DD/YYYY |
| Hospital/Name: | | |
| Address: | | |
| Address 2: | | |
| City: | | |
| State: | | |
| Zip Code: | | |
| Date Treated in Emergency Room: | | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance? ◯ Yes ◯ No ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | McDowell |
| First Name: | DAWNANN Rodriguez |
| Address: | |
| Address 2: | O.B.C.C. 1600 HAZEN Street |
| City: | EAST Elmhurst, |
| State: | New York |
| Zip Code: | 11370 |

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre Str
New York, NY 10(

**Witness 1 Information**

| | |
|---|---|
| Last Name: | D.O.I |
| First Name: | Dept. of Investigations |
| Address | Complaint Bureau |
| Address 2: | 80 Maiden Lane |
| City: | New York |
| State: | New York |
| Zip Code: | 10038 |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | Civil Rights Division |
| First Name: | Special Litigation Section |
| Address | U.S. Dept. of Justice |
| Address 2: | P.O. Box 66400 |
| City: | Washington |
| State: | D.C. |
| Zip Code: | 20035-6400 |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | Fuchs |
| First Name: | Ms. IIyssa |
| Address | |
| Address 2: | 233 Broadway, Suite 1800 |
| City: | New York |
| State: | N.Y. |
| Zip Code: | 10279 |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

***Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptrol
1 Centre Stre
New York, NY 100

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | N/A |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | N/A |
| City Driver Last Name: | N/A |
| City Driver First Name: | N/A |

**Description of claimant:**

- ○ Driver
- ○ Passenger
- ○ Pedestrian
- ○ Bicyclist
- ○ Motorcyclist
- ○ Other

***Total Amount Claimed:** 3 million dollars

*Format: Do not include "$" or ",".*

6-11-2015
Date

Signature of Claimant

State of New York
County of N.

I, Ludovic Daverne, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day__________

Signature of Claimant__________

Signature of notary__________

***Denotes required field(s).**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

| | |
|---|---|
| Ludovic Daverne, PETITIONER<br><br>-AGAINST-<br><br>Warden, Kenneth Stu- kcs, NYC DEPT. of CORRECTION, DEFENDANT. | **PETITION FOR WRIT OF**<br>**HABEAS CORPUS**<br>**PURSUANT TO CPLR § 7000**<br><br>Docket No.: 2015NY00000<br>Indict No.: 2252-12<br>NYSID No.: 07471714K |

PLEASE TAKE NOTICE, that upon the annexed affidavit of Ludovic Daverne, duly affirmed the 5th day of June, 2015, and upon the indictment and all the proceedings had herein, the under signed will move this Court Supreme/Criminal Division Hall of Justice thereof, to be held at the courthouse located at 265 East 161 street, N.Y. 10451, county of Bronx, on the 24th day of June, 2015, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard for an order of ***Writ of Habeas Corpus*** pursuant to New York State Civil Practice Law and Rules, sections 7001 - 7012, and any further relief as the court may deem just and proper.

Yours, etc.

[signature]

PETITIONER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

| | |
|---|---|
| Ludovic Daverne, PETITIONER<br><br>-AGAINST-<br><br>Warden, K. Stukes, NYC DEPT. of CORRECTION, DEFENDANT. | VERIFIED PETITION FOR WRIT OF **HABEAS CORPUS** PURSUANT TO CPLR § 7000<br><br>Docket No.: 2015NY00000<br>Indict. No.: 2252-12<br>NYSID: No.: 07471714K |

STATE OF NEW YORK
COUNTY OF New York } s.s.:

I, Ludovic Daverne, being duly sworn, deposes and says:

I am the Petitioner in the above-entitled action, and is personally familiar with the facts and circumstances herein stated.

I am a detainee presently being detained at Otis Bantum Corr. Fac., listed hereunder the mailing address of 1600 Hazen Street, Rikers Island, East Elmhurst, New York 11370, herein considered the County of the Bronx.

Whereupon, although I am personally familiar with all of the facts and statements hereinafter stated to the best of my knowledge, information and belief, I am a layperson in matters of the law and seek this Court's indulgence for errors, defects and faults pursuant to sec. 2101(f) of the Civil Practice Law and Rules.

On the 20th day of May, 2012, a complaint was filed in the Criminal Court of New York County, charging the said Petitioner with the

offense(s) of criminal [redacted] sale of controlled substance 3rd degree

in violation of New York State Penal Law, section(s) 220.39.

Arraignment of the Petitioner on the above-mentioned complaint took place in this Court on the 20th day of May, 2012, and Petitioner was held for Grand Jury proceedings. Subsequently, Petitioner was indicted for the aforementioned charges and was arraigned upon said indictment in Supreme Court, New York County, on the 24th day of May, 2012. (approximate dates not sure)

Whereupon, this Petitioner respectfully requests the Court to grant this motion for Writ of Habeas Corpus pursuant to the laws, statutes, and arguments annexed herein. The place where the Petitioner is imprisoned and restrained of his liberty is presently at Otis Bantum Corr. Fac That the Officer by whom Petitioner is so detained is the Warden of said facility.

That the cause or pretense of detention of said Petitioner, according to the best knowledge of Petitioner, is because of discrimination; racial profiling, corruption, lack of communication & understanding by Judge, defense attorney Richard Ma & other participating Agencies.

That a single Court or Judge of the United States does not have exclusive jurisdiction to order Petitioner released.

That the detention of Petitioner is illegal in that of respects, since the discharge of Program Petitioner has reported back to court every court date despite the many unfair justices petitioner has faced. Petitioner has not been a flight risk or hasn't engaged in any negative activity to be imprisoned & restrained of his liberty especially with medical conditions.

That no appeal has been taken from any order or judgment in any action or proceeding against said Petitioner, whereby Petitioner has been imprisoned or restrained of his liberty.

Wherefore Petitioner preys that a ***Writ of Habeas Corpus*** directed to the said Warden of the facility Petitioner is presently incarcerated will be issued; requested the *Production of the Petitioner* before the Court for the purpose of inquiring into the cause of the imprisonment and restraint of the Petitioner and of delivery of the Petitioner therefom, pursuant to the statutes in such case may provide.

LEGAL ARGUMENT

1. Fulfilled 15 months of residential drug treatment in Odyssey House. EVEN DISCHARGE LETTER WAS VERY POSITIVE.

2. A VICTIM OF CORRUPTION BY H.R.A OFFICE LOCAL 39, BY WHICH PETITIONER FIRST WENT TO OPEN & APPLY FOR ASSISTANCE BASED UPON MANDATION OF DRUG RESIDENTIAL TREATMENT BY SUPREME COURT 100 CENTRE STREET; PART 82: JUDGE SOLOMON NEW YORK, N.Y. 10013. HRA CASE # is 5183979D; SUPREME COURT CASE INDICTMENT # 2252-12. CASE IS STILL ACTIVE PRESENTLY.

3. CORRUPTION ISSUE BASED UPON H.R.A OFFICE 39 HAS BEEN UNDER INVESTIGATION BASED UPON COMPLAINT PETITIONER FILED APRIL 30th, 2015 TO THE DEPT. OF INVESTIGATI LOCATED AT 80 MAIDEN LANE NEW YORK, N.Y. 10038... COMPLAINT # FOR SUC issue [redacted] HAS NOT BEEN FURNISHED YET.

4. Petitioner's UNIVERSAL DECLARATION OF HUMAN-RIGHTS HAS BEEN BLANTANTLY

217 A (III) of DECEMBER 1948) ARTICLE 1 - 25

5. MANY OF PETITIONER'S CONSTITUTIONAL RIGHTS HAS BEEN VIOLATED... ESPECIALLY AMENDMENT # 5 & 8 (RATIFIED DECEMBER 15, 1791 → "BILL OF RIGHTS"

6. PETITIONER IS CURRENTLY A BRAD H. CLASS MEMBER. REMAND WAS VERY UNCIVIL BASED UPON PETITIONER'S MEDICAL DIAGNOSIS & PHYSICAL CONDITIONS. THEREFORE PETITIONER'S PATIENT'S RIGHTS HAS BEEN VIOLATED IN MANY RESPECTS.

7. <u>Additional information</u> [redacted] IN SUPPORTING LEGAL ARGUEMENT: MEMBERS OF THE 1990-2000 COLUMBIA HUMAN RIGHTS LAW REVIEW; PREVIOUS VERSION BY ALEXANDRA GELBER 1. 42 U.S.C §1997.

<u>STATEMENT OF FACTS</u>

1) I, LUDOVIC DAVERNE IS A MAN WITH GOOD/POSITIVE HIGH STANDARDS, PRINCIPALS, AND MORAL FOR MYSELF BECAUSE I AM A MAN MORESO TODAY THAN I WAS YESTERDAY. I EMBRACE MY TRIALS-N-TRIBULATIONS TO EVOLVE MYSELF FOR THE BETTER DEVELOPMENT OF MY FUTURE. [redacted] I AM NOT ABOUT DESTROYING MYSELF OR PARTICAPATING IN ANY NEGATIVE ACTIVITIES THAT WILL DESTROY MY COMMUNITY.

2) THEREFORE, THE MAN I STAND FORTH TO BE TODAY AT THE AGE OF 38. I FIND IT TO BE HIGHLY UNCIVIL, HIGHLY UNCONSTITUTIONAL, AND VERY MUCH DISRESPECTFUL FOR ANY PERSON OR PERSONS TO TOY AROUND WITH MY LIFE AND USE ME AS AN EXPERIMENT FOR FAILURE. MY EXPERIENCES ONLY GAVE ME THE KNOWLEDGE, WISDOM, AND UNDERSTANDING TO STRIVE FOR BETTER, BECAUSE I RESPECT MY AGE. [redacted] THERE IS NO CHILDNESS WITH ME. I TAKE MY LIFE VERY SERIOUS & BECAUSE OF ALL MY EXPERIENCES AND MANY INJUSTICES, NO ONE KNOWS WHATS BEST FOR ME, BUT ME!! I LOVE ME ENOUGH TO BE A POSITIVE ENLIGHTMENT TO ANYONE WHO COMES TO ME FOR HELP OR SUPPORT, AND TO STRIVE FOR BETTER AND GAIN MEANINGFUL RESULT

3) IN ANY EVENT, I STAND FIRM IN GOOD FAITH OF INTEGRITY, JUSTICE, EQUALITY, AND FAIRNESS TO MYSELF & TO ALL OF MY FELLOW BROTHERS AND SISTERS. THEREFORE DESPITE OF ALL THIS CORRUPTION & UNCIVIL PRACTICES THAT IS CONSTANTLY BEING DISPLAYED BY PEOPLE OR FACILITIES UNDER HIGHER AUTHORITY [redacted]. I [redacted] CHOSE TO BE A TRUSTWORTHY PERSON & CONDUCT MYSELF AS SUCH IN ALL MY AFFAIRS. THEREFORE I AM FED UP & HIGHLY FRUSTRATED OF BEING THE VICTIM OF THESE MATTERS.

4) MOREOVER, IF PROBATION WAS IN HIGH DEMAND TO CONTACT ME, THEY COULD OF THROUGH MY ATTORNEY. IVE REPORTED TO COURT THE VERY NEXT DAY OF MY DISCHARGE 3-16-2014 AND REPORTED TO COURT EVERY MONTH FAITHFULLY & RESPECTFULLY SINCE THEN. THEREFORE WHY WOULD A WARRANT BE ISSUED FOR MY ARREST AFTER 14 MONTHS RELEASED?

5) FURTHERMORE, EVEN THOUGH PETITIONER HAS GREAT RESPECT FOR JUDGE SOLOMON BASED UPON HIS POSITION, THAT DOES NOT GIVE HIM NOR ANYONE ELSE TO WORK IN ACCORDANCE TO MAKE UP THEY OWN LAWS WITHIN SUPREME-COURT PART: 82 TO DEGRADE ME AND DEVALUE MY HARD EARNED POSITIVE PROCESS BY STRIPPING ME OF FINALLY BEING APPROVED FOR MY OWN APARTMENT AND OTHER POSITIVE ACCOMPLISHMENTS LIKE GETTING MARRIED TO MY FIANCE, NICOLE FLEMING, AND PLACING ME IN A POSITION THAT WILL LEAD TO POVERTY AGAIN, WHICH IS A "SET-UP" TO COMMIT CRIMES AGAIN - SUCH AS DRUG-DEALING. I WILL NOT TOLERATE SUCH PRE-orchestrated acts of failure to keep within the "system" only AS A MEANS of profit.

The Petitioner respectfully requests the right to make any and all further motions as may be necessary as a result of information and disclosure from the granting of the requests made herein and/or information received from any record within a reasonable time.

No other application for the relief sought herein has been made to this or to any other Court.

WHEREFORE, this Petitioner respectfully prays that an order for a ***Writ of Habeas Corpus*** be issued granting this motion pursuant to the aforesaid sections of the New York State Civil Practice Law and Rules, and taking into consideration the facts and argument annexed herein, or, in the alternative, an order be issued granting partial relief, or whatever relief the Court sees and deems fit and appropriate to insure the swift and proper administration of justice.

Yours, etc...

PETITIONER

Sworn to before me this

10th day of June, 2015.

NOTARY PUBLIC / COMMISSIONER OF DEEDS

ERNEST O OMOROGBE
Notary Public- State of New York
No. 01OM6152449
Qualified In Nassau County
My Commission Expires September 11, 2018

AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
COUNTY OF New York } s.s.:

I, Ludovic Daverne, being duly sworn deposes and says:

That I have on the 10th day of June, 2015, placed and submitted the original and copies of this motion to be duly mailed via the United States Postal Service, through the institutional mailroom of the Otis Bantum Correctional Facility. Said moving papers were mailed to the following concerned parties:

District Attorney
New York County
1 Hogan Place
New York, N.Y. 10013

Supreme Court
New York County
100 Centre Street; Court Part: 82
New York, N.Y. 10013

Richard Ma, Defense Counsel
315 Broadway Suite 200
New York, N.Y. 10007

Yours, etc...

PETITIONER

Sworn to before me this
10th day of June, 2015.

NOTARY PUBLIC / COMMISSIONER OF DEEDS

ERNEST O OMOROGBE
Notary Public- State of New York
No. 01OM6152449
Qualified In Nassau County
My Commission Expires September 11, 2018

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroll
1 Centre Stre
New York, NY 100(

Form Version: NYC-COMPT-BLA-PI1-I

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:** ☑ On behalf of myself.
○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Daverne |
| First Name: | Ludovic |
| Relationship to the claimant: | self |

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | Daverne |
| *First Name: | Ludovic |
| Address: | Otis Bantum Correctional Facility 1600 Hazen St / East Elmhurst, N.Y. 11370 |
| Address 2: | 52 Mother Gaston Blvd. Apt #2 |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11233 |
| Country: | United States |
| Date of Birth: | 12·15·1976 *Format: MM/DD/YYYY* |
| Soc. Sec. # | 058·72·4392 |
| HICN: (Medicare #) | N/A |
| Date of Death: | N/A *Format: MM/DD/YYYY* |
| Phone: | 347·314·4915 |
| Email Address: | N/A |
| Occupation: | N/A |

City Employee? ○ Yes ☑ No ○ NA

Gender ☑ Male ○ Female ○ Other

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroll
1 Centre Stre
New York, NY 100

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 4·21·2015 | Format: MM/DD/YYYY |
| Time of Incident: | 10:30 A.M. | Format: HH:MM AM/PM |

*Location of Incident:

Interfaith
Medical
Center

| | |
|---|---|
| | Psych ER |
| Address: | 1545 Alantic Avenue |
| Address 2: | |
| City: | Brooklyn - New York City |
| State: | New York |
| Borough: | Brooklyn 11213 |

***Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

After being transfered from B.R.C Men Shelter located at 127 West 25th street New york, N.Y. 10001 on 4·18·2015 because staff tried to cover up they unconstitutional & uncivil act of stealing my personal property, which prescribed medication was stolen from me & other personal belongings.
They sent me to Camba Men Shelter located at 2404 Alantic Ave. Brooklyn N.Y. 11233 ... I was very upset, so staff called ambulance & I was forced to go to the hospital at location written above, Interfaith Medical Center to the Psych ER department.. I was very depressed, told ER nurse who reported all information in computer files seen doctor "John Doe" working 9 A.M. - 9 p.m. shift prescribed to me 1 milligram xanax + Risperdal...

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

Under reform law: Lavern's Law
the damage is being prescribed a very harmful medication which is "Risperdal"
to sedate my depression / anxiety disorder..... medical malpractice
from Psych ER unit ... was taken medication
feeling real off-balance & unfit to function ...
penatties of damages .. 2 million dollars

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 1000

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | 4 · 21 · 2015 (Format: MM/DD/YYYY) |
| Hospital/Name: | Interfaith Medical Center |
| Address: | 1545 Atlantic Avenue |
| Address 2: | |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11213 |
| Date Treated in Emergency Room: | N/A (Format: MM/DD/YYYY) |

Was claimant taken to hospital by an ambulance? ☑ Yes ◯ No ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | Jo Ann |
| First Name: | Dr. |
| Address: | 350 Fulton Street |
| Address 2: | |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11201 |

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroll
1 Centre Stre
New York, NY 100(

**Witness 1 Information**

| | |
|---|---|
| Last Name: | Men Shelter |
| First Name: | CAMBA |
| Address | 2404 Alantic Ave. |
| Address 2: | |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11233 |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | Barsky |
| First Name: | Alex |
| Address | 175 Remsen Street 8th flr |
| Address 2: | |
| City: | Brooklyn |
| State: | N.Y. |
| Zip Code: | 11201 |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | G. |
| First Name: | Andrea |
| Address | 175 Remsen Street 8th flr |
| Address 2: | |
| City: | Brooklyn |
| State: | N.Y. |
| Zip Code: | 11201 |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | Rush |
| First Name: | Ghanie |
| Address | 2404 Alantic Ave. |
| Address 2: | |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11233 |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*** Denotes required field(s).***

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 1000?

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | N/A |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | N/A |
| City Driver Last Name: | N/A |
| City Driver First Name: | N/A |

**Description of claimant:**

- ◯ Driver
- ◯ Passenger
- ◯ Pedestrian
- ◯ Bicyclist
- ◯ Motorcyclist
- ◯ Other

***Total Amount Claimed:** 2 million dollars

*Format: Do not include "$" or ",".*

June 20th 2015
Date

[signature]
Signature of Claimant

State of New York
County of

I, Ludovic Daverne, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day________________

Signature of Claimant [signature]

Signature of notary________________

***Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre Str
New York, NY 100

Form Version: NYC-COMPT-BLA-PI1

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.

TYPE OR PRINT

**I am filing:** ✓ On behalf of myself.

◯ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Daverne |
| First Name: | Ludovic |
| Relationship to the claimant: | self |

◯ Attorney is filing.

**Attorney Information (If claimant is represented by attorney**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | Daverne |
| *First Name: | Ludovic |
| Address: | OTIS BANTUM CORR. FACILITY 1600 HAZEN ST / EAST ELMHURST, N.Y. 11370 |
| Address 2: | 52 Mother Gaston BLVD. Apt #2 |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11233 |
| Country: | United States |
| Date of Birth: | 12.15.1976 *Format: MM/DD/YYYY* |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | N/A |
| Date of Death: | N/A *Format: MM/DD/YYYY* |
| Phone: | 347-314-4915 |
| Email Address: | N/A |
| Occupation: | N/A |

City Employee? ◯ Yes ✓ No ◯ NA

Gender ✓ Male ◯ Female ◯ Other

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptr
1 Centre St
New York, NY 10

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 5.11.2015 | Format: MM/DD/YYYY |
| Time of Incident: | 9:00 A.M. | Format: HH:MM AM/PM |

*Location of Incident:

Supreme Court : Part 82
100 Centre Street
New York, N.Y. 10013
" "
Probation Manhattan Branch

| | |
|---|---|
| Address: | 100 Centre Street |
| Address 2: | |
| City: | New York |
| State: | New York 10013 |
| Borough: | Manhattan |

***Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

This claim is against the Dept. of Probation for filing a warrant against me for they low awarness & error. And the question is, how did I violate probation if I was never sentenced on to probation? And how can they not get in contact with me when I report to court every month, every 2nd Tuesday of the month since the discharge of Odyssey House 3.16.2014?

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

1.5 million dollars

emotional distress, unfair judgement and treatment, violation of civil rights, violation of medical patients rights, mental cruelty which intesifies medical diagnosis of depression & lower back pain, violation of constitutional rights, violation of universal declaration of human rights, mental distress, discrimination of disabilities

** Denotes required field(s).*

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre Str
New York, NY 10(

**Medical Information**

| | | |
|---|---|---|
| 1st Treatment Date: | N/A | Format: MM/DD/YYYY |
| Hospital/Name: | | |
| Address: | | |
| Address 2: | | |
| City: | | |
| State: | | |
| Zip Code: | | |
| Date Treated in Emergency Room: | | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance? ◯ Yes ◯ No ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptro
1 Centre Str
New York, NY 10(

**Witness 1 Information**

| | |
|---|---|
| Last Name: | MA |
| First Name: | Richard |
| Address | 315 Broadway, Suite 200 |
| Address 2: | |
| City: | New York |
| State: | N.Y. |
| Zip Code: | 10007 |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | Solomon |
| First Name: | Mr. Judge |
| Address | 100 Centre street : Part 82 |
| Address 2: | |
| City: | New York |
| State: | N.Y. |
| Zip Code: | 10013 |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | Cottesfeld |
| First Name: | Susan |
| Address | 175 Remsen Street 8th flr |
| Address 2: | |
| City: | Brooklyn |
| State: | N.Y. |
| Zip Code: | 11201 |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | New York County |
| First Name: | District Attorney |
| Address | 1 Hogan Place |
| Address 2: | |
| City: | New York |
| State: | N.Y. |
| Zip Code: | 10013 |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | Bronx County - Hall of Justice |
| First Name: | Supreme Court - Criminal Division |
| Address | 265 East 161 ST Street |
| Address 2: | |
| City: | Bronx |
| State: | New York |
| Zip Code: | 10451 |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

***Denotes required field(s).***

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 1000

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | N/A |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | N/A |
| City Driver Last Name: | N/A |
| City Driver First Name: | |

**Description of claimant:**

- ○ Driver
- ○ Passenger
- ○ Pedestrian
- ○ Bicyclist
- ○ Motorcyclist
- ○ Other

***Total Amount Claimed:** 1.5 million dollars

*Format: Do not include "$" or ",".*

June 20th 2015
Date

[signature]
Signature of Claimant

State of New York
County of

I, Ludovic Daverne, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day __________

Signature of Claimant [signature]

Signature of notary __________

**** Denotes required field(s).***

B&C # 310 15 00434
1600 Hazen Street
East Elmhurst, N.Y. 11370

RECEIVED
SDNY PRO SE OFFICE
RECEIVED
AUG - 3 2015
PRO SE OFFICE

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 003.18⁰
0001782214 JUL 30 2015
MAILED FROM ZIP CODE 11355

To The Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York N.Y. 10007-1312

USM P3
SDNY